## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Ryan Perry

                         Plaintiff,

v.                                   Case No.: 1:14–cv–01194
                                   Honorable Robert W. Gettleman

Cable News Network, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2014:

      MINUTE entry before the Honorable Robert W. Gettleman: Motion hearing held on 3/11/2014. Defendants Cable News Network and CNN Interactive Group's motion for extension of time to 4/25/2014 to answer or otherwise plead [12] is granted. Joint status report is due by 4/28/2014. Status hearing set for 5/1/2014 at 9:00 a.m. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.