**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:14-cv-1194 |
|---|---|
| RYAN PERRY v. CABLE NEWS NETWORK, INC. a Delaware corporation, and CNN INTERACTIVE GROUP, INC., a Delaware corporation. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CABLE NEWS NETWORK, INC., and CNN INTERACTIVE GROUP, INC., Defendants.

| NAME (Type or print) |
|---|
| Marc Zwillinger |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Marc Zwillinger |
| FIRM |
| ZwillGen PLLC |
| STREET ADDRESS |
| 1900 M Street, NW, Suite 250 |
| CITY/STATE/ZIP |
| Washington, D.C. 20036 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6226447 | 202-296-3585 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐