IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RYAN PERRY, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br>  v.<br><br>CABLE NEWS NETWORK, INC., a Delaware corporation, and CNN INTERACTIVE GROUP, INC., a Delaware corporation,<br>    *Defendants*. | Case No. 1:14-cv-01194<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Sheila M. Finnegan |

## NOTICE OF MOTION

  **PLEASE TAKE NOTICE** that on June 25, 2014 at 09:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead in Courtroom 1703 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the Parties' ***Stipulated Motion to Extend Briefing Schedule on Motion to Transfer and for Leave to File Amended Complaint***, which was filed on June 20, 2014.

                Respectfully submitted,

Dated: June 20, 2014       **RYAN PERRY**, individually and on behalf of all others similarly situated,

                By:  s/ J. Dominick Larry
                   One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff Ryan Perry and the Putative Class*

**CERTIFICATE OF SERVICE**

  I, J. Dominick Larry, an attorney, certify that on June 20, 2014, I served the above and foregoing ***Stipulated Motion to Extend Briefing Schedule on Motion to Transfer and for Leave to File Amended Complaint***, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                     s/ J. Dominick Larry